DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN TRIPODI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-658

[May 21, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432016CF000692A.

John Tripodi, Perry, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***